**FILED**
JUN 22 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE JENSEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. **21 CR 50035** |
| vs. | Violations: Title 18, United States Code, Sections 371 and 3146 |
| ADRIAN C. PETERS, PATRICIA WERSCHIN, also known as "Patricia Frisella," JAMES BURKE, and ROSS GREENBERG | |

## COUNT ONE

The SPECIAL APRIL 2021 GRAND JURY charges:

1. At times material to this indictment:

    a. On or about June 30, 2015, an indictment was filed in the United States District Court for the Northern District of Illinois against defendant ADRIAN C. PETERS in case number 15 CR 50026. The indictment alleged violations of Title 18, United States Code, Section 2251(a).

    b. On or about July 2, 2015, a United States Magistrate Judge entered an order releasing defendant ADRIAN C. PETERS from custody. The court's order required that, as a condition of defendant PETERS' release, defendant PETERS must appear as required for all court proceedings related to the case. The order further required that, as a condition of defendant PETERS' release, defendant PETERS be placed on home incarceration with location monitoring, participate in mental health treatment and post a $15,000 secured bond.

1

c. As a further condition of defendant ADRIAN C. PETERS' release, defendant PATRICIA WERSCHIN, also known as "Patricia Frisella," PETERS' mother, agreed to act as custodian for defendant PETERS and to supervise defendant PETERS in accordance with the conditions of his release. Defendant PETERS lived with WERSCHIN in South Beloit, Illinois.

d. On or about May 12, 2016, the assigned United States Magistrate Judge held a status hearing where defendant ADRIAN C. PETERS appeared. The assigned United States Magistrate Judge continued the status hearing to June 30, 2016.

e. Individual A was friends with defendant ADRIAN C. PETERS.

f. Defendant JAMES BURKE was friends with Individual A.

g. Defendant ROSS GREENBERG was friends with defendant ADRIAN C. PETERS.

2. Between on or about July 6, 2015, and on or about June 30, 2016, at South Beloit, within the Northern District of Illinois, and elsewhere,

>ADRIAN C. PETERS,
>PATRICIA WERSCHIN,
>also known as "Patricia Frisella,"
>JAMES BURKE, and
>ROSS GREENBERG,

defendants herein, and Individual A, did conspire with each other, and with others known and unknown to the grand jury, to commit an offense against the United States, namely, the failure by defendant ADRIAN C. PETERS to appear for a status
2

hearing on June 30, 2016, as required by the conditions of defendant PETERS' release order, in violation of Title 18, United States Code, Section 3146(a)(1).

3. It was a part of the conspiracy that defendants JAMES BURKE, ROSS GREENBERG, PATRICIA WERSCHIN, also known as "Patricia Frisella," and Individual A agreed to help defendant ADRIAN C. PETERS flee to Canada in violation of the conditions of defendant PETERS' release order.

4. It was further part of the conspiracy that defendant PATRICIA WERSCHIN, also known as "Patricia Frisella," posted a $15,000 bond for defendant ADRIAN C. PETERS so defendant PETERS could be released from custody and flee the Northern District of Illinois at some point.

5. It was further part of the conspiracy that defendants ADRIAN C. PETERS, PATRICIA WERSCHIN, also known as "Patricia Frisella," and Individual A discussed ways that defendant PETERS could flee to Canada to avoid prosecution of the charges against him in the Northern District of Illinois in case number 15 CR 50026.

6. It was further part of the conspiracy that defendants ADRIAN C. PETERS and PATRICIA WERSCHIN, also known as "Patricia Frisella," created three fake South Carolina identification cards and one fake Alabama birth certificate for defendant PETERS to use in Canada.

7. It was further part of the conspiracy that defendant JAMES BURKE agreed to drive defendant ADRIAN C. PETERS from the Northern District of Illinois

to the border of the United States and Canada so defendant PETERS could illegally enter Canada.

8. It was further part of the conspiracy that defendant ROSS GREENBERG agreed to pick up defendant ADRIAN C. PETERS after he illegally entered Canada and drive defendant PETERS to, among other places, a motel in Canada.

9. It was further part of the conspiracy that defendants ADRIAN C. PETERS, JAMES BURKE, ROSS GREENBERG, PATRICIA WERSCHIN, also known as "Patricia Frisella," Individual A, and others known and unknown to the Grand Jury, did conceal and hide, and cause to be concealed and hidden, the purposes of acts done in furtherance of the conspiracy.

### Overt Acts

10. In furtherance of the conspiracy and to accomplish its objectives, defendants and Individual A committed one or more overt acts in the Northern District of Illinois, and elsewhere, which overt acts included, but were not limited to, the following:

    a. On or about July 6, 2015, defendant PATRICIA WERSCHIN, also known as "Patricia Frisella," posted a $15,000 bond for defendant ADRIAN C. PETERS and defendant PETERS was released from custody.

    b. In or about May or June 2016, defendants ADRIAN C. PETERS and PATRICIA WERSCHIN, also known as "Patricia Frisella," created three fake

South Carolina identification cards and a fake Alabama birth certificate in the name of "Chris Smith" for defendant PETERS.

c.  Between February and June 2016, defendant PATRICIA WERSCHIN, also known as "Patricia Frisella," asked Individual A to find someone to drive defendant ADRIAN C. PETERS to Canada for $600.

d.  Between February and June 2016, Individual A asked defendant JAMES BURKE to drive defendant ADRIAN C. PETERS to Canada.

e.  On or about June 28, 2016, defendant PATRICIA WERSCHIN, also known as "Patricia Frisella," drove defendant ADRIAN C. PETERS to Rock Cut State Park.

f.  On or about June 28, 2016, defendant JAMES BURKE picked up defendant ADRIAN C. PETERS at Rock Cut State Park and drove defendant PETERS to the border of the United States and Canada.

g.  On or about June 28, 2016, defendant ROSS GREENBERG drove from the Northern District of Illinois to Canada.

h.  On or about June 29, 2016, defendant ROSS GREENBERG picked up defendant ADRIAN C. PETERS in Canada and drove defendant PETERS to a motel in Canada.

i.  On or about June 30, 2016, defendant ADRIAN C. PETERS failed to appear in Rockford, Illinois for his status hearing in case number 15 CR 50026 because PETERS was in a motel in Canada.

5

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about June 30, 2016, at Rockford, Illinois, in the Northern District of Illinois, and elsewhere,

### ADRIAN C. PETERS,

defendant herein, having been charged with a violation of Title 18, United States Code, Section 2251(a), an offense punishable by imprisonment for a term of 15 years or more, and having been released pursuant to chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charge, did knowingly and willfully fail to appear for a status hearing before the assigned United States Magistrate Judge at the Stanley J. Roszkowski United States Courthouse located at 327 South Church Street, Rockford, Illinois, in case number 15 CR 50026, entitled *United States v. Adrian C. Peters*;

In violation of Title 18, United States Code, Sections 3146(a)(1) and (b)(1)(A)(i).

A TRUE BILL:

FOREPERSON

_____
UNITED STATES ATTORNEY

7